NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY VICTOR LEROSE,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D17-4864
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Manatee
County; Deno Economou, Judge.

Howard L. Dimmig, II, Public Defender, and
Julius J. Aulisio, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.